**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 4 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1484 JP |
| ) | |
| vs. ) | Count 1:  18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition; |
| ) | |
| **SANTIAGO RIVERA**, ) | |
| ) | |
| Defendant. ) | Count 2:  21 U.S.C. §§ 841(a)(1) and (b)(1)(C):  Possession with Intent to Distribute Heroin; |
| ) | |
| ) | Count 3:  18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime. |

I N D I C T M E N T

The Grand Jury charges:

Count 1

On or about June 10, 2020, in Rio Arriba County, in the District of New Mexico, the defendant, **SANTIAGO RIVERA**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) receiving or transferring stolen motor vehicles,

(2) larceny (over $20,000),

(3) trafficking controlled substances (2 counts),

(4) possession of a firearm or destructive device by a felon,

(5) possession of a controlled substance,

(6) larceny (over $500 but not more than $2,500), and

(7) escape,

knowingly possessed firearms and ammunition in an affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 2

On or about June 10, 2020, in Rio Arriba County, in the District of New Mexico, the defendant, **SANTIAGO RIVERA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 3

On or about June 10, 2020, in Rio Arriba County, in the District of New Mexico, the defendant, **SANTIAGO RIVERA**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute heroin as charged in Count 2 of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

Count 1 of this indictment is incorporated as part of this section of the indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of an offense alleged in Count 1 of this indictment, the defendant, **SANTIAGO RIVERA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any interest he may have in a:

(1) Panther Arms rifle, .223 caliber, serial number FH149002,

(2) Glock handgun, .40 caliber, serial number XNW480, and

(3) Smith & Wesson handgun, .40 caliber, serial number FX24030601.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

*Sarah Husand*
Assistant United States Attorney

7/13/2020 6:42 PM

3